FILED
SUPERIOR COURT
OF GUAM

2018 JAN 10 PM 3: 08

CLERK OF COURT

By:

# IN THE SUPERIOR COURT OF GUAM

DFS GUAM L.P.,

    Plaintiff,

vs.

THE A.B. WON PAT INTERNATIONAL
AIRPORT AUTHORITY, GUAM,

    Defendant.

CIVIL CASE NO.: CV0307-16

JUDGMENT

It is hereby ORDERED, ADJUDGED, DECREED and DECLARED that:

1. The Court's June 26, 2017 Decision and Order shall constitute the Court's Findings of Facts and Conclusions of Law as required by 5 GCA § 8115(d).

2. Final Judgment is entered in favor of DFS Guam L.P. ("DFS") and against the A.B. Won Pat International Airport Authority, Guam ("GIAA") on DFS's Fifth and Ninth Causes of Action in DFS's First Amended Complaint, filed June 9, 2016 ("FAC"), only with respect to the transcripts of executive or closed sessions of the GIAA Board in 2012, 2013 and 2014 (the "2012-2014 Transcripts"). Specifically, GIAA violated the following provisions of the Guam Open Government Law, 5 GCA §§ 8111(c),(c)(3) & (c)(7), and the Sunshine Reform Act of 1999, 5 GCA § 10103(a) and (c), by failing to provide DFS with the "2012-

**ORIGINAL**

"2014 Transcripts," as requested by DFS in DFS's July 7, 2015 Sunshine Act request to GIAA.

3. Final Judgment is entered against DFS with respect to the portion of the 2012-2014 Transcripts consisting of the transcripts for meetings from April 25, 2013 through 2014, other than the transcripts for the executive session meetings held on June 27, 2013 and July 31, 2013 ("2013-2014 Remaining Transcripts"), on DFS's request for injunctive relief in the Sixth and Tenth Causes of Action in the First Amended Complaint. The requests for injunctive relief in the Sixth and Tenth Causes of Action with respect to the portion of the 2012-2014 Transcripts consisting of the transcripts for meetings from April 25, 2013 through 2014, other than the transcripts for the executive session meetings held on June 27, 2013 and July 31, 2013 ("2013-2014 Remaining Transcripts") in the First Amended Complaint are hereby **<u>DENIED</u>**.

4. All claims in the FAC other than the Fifth and Ninth Causes of Action with respect to the 2012-2014 Transcripts and the Sixth and Tenth Causes of Action with respect to the 2013-2014 Remaining Transcripts are hereby dismissed with prejudice.

5. The Court shall maintain Jurisdiction over the parties and the subject matter for a period of one year from the date of entry of judgment during which GIAA shall report in writing twice annually to the Court of its compliance with the Open Government Law, in accordance with 5 GCA § 8115(f).

**SO ORDERED** this ___/0___ day of January, 2018.



The Honorable Anita A. Sukola
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of:

Title: BSDA, CKJ

Signature:

1/10/18 3:15 PM

Jerimie K.C. James